IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, GDC #758572, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:19-CV-906-WHA |
| | ) |
| SUMTER COUNTY JAIL GEORGIA, et al, | ) |
| | ) |
| Respondents. | ) |

# **ORDER**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the November 26, 2019 Recommendation of the Magistrate Judge (Doc. #3). Upon review of the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for lack of jurisdiction.

A separate Final Judgment will be entered.

DONE this 18th day of December, 2019.

                                              /s/ W. Harold Albritton
                                  SENIOR UNITED STATES DISTRICT JUDGE